FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2021 JUL 16  P 2:42

CAROL L. MICHEL
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

# FELONY

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 21 - 90 SEALED |
| **v.** | * | **SECTION: SECT. D MAG. 5** |
| **MIKAL BLACK** | * | **VIOLATIONS: 18 U.S.C. § 922(g)(1)** |
| | | **18 U.S.C. § 924(a)(2)** |
| | * | |

\*      \*      \*

The Grand Jury charges that:

### COUNT 1
(Possession of a Firearm by a Convicted Felon)

On or about July 5, 2020, in the Eastern District of Louisiana, the defendant, **MIKAL**

**BLACK**, knowing that he had been convicted of a crime punishable by imprisonment for a term

exceeding one year, to wit: a conviction in the 25th Judicial District Court of Louisiana, Case No.

18-00956 "B," for Manufacturing a Schedule I Controlled Dangerous Substance in violation of

LA R.S. 40:966(A)(1), did knowingly possess a firearm, that is, a Glock 22 .40 caliber handgun;

said firearm having been shipped and transported in interstate commerce, in violation of Title 18,

United States Code, Sections 922(g)(1) and 924(a)(2).

___ Fee _U SA_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc.No._____

## COUNT 2
(Possession of Ammunition by a Convicted Felon)

On or about July 5, 2020, in the Eastern District of Louisiana, the defendant, **MIKAL BLACK**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction in the 25th Judicial District Court of Louisiana, Case No. 18-00956 "B," for Manufacturing a Schedule I Controlled Dangerous Substance in violation of LA R.S. 40:966(A)(1), did knowingly possess ammunition, that is, a Winchester .40 caliber round and Winchester 9mm rounds; said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about August 6, 2020, in the Eastern District of Louisiana, the defendant, **MIKAL BLACK**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction in the 25th Judicial District Court of Louisiana, Case No. 18-00956 "B," for Manufacturing a Schedule I Controlled Dangerous Substance in violation of LA R.S. 40:966(A)(1), did knowingly possess a firearm, that is, a Glock 22 .40 caliber handgun, and ammunition, that is, Winchester .40 caliber Smith and Wesson rounds; said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4
(Possession of a Firearm by a Convicted Felon)

On or about August 11, 2020, in the Eastern District of Louisiana, the defendant, **MIKAL BLACK**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction in the 25th Judicial District Court of Louisiana, Case No. 18-00956 "B," for Manufacturing a Schedule I Controlled Dangerous Substance in violation of

LA R.S. 40:966(A)(1), did knowingly possess a firearm, that is, a Glock 22 .40 caliber handgun;

said firearm having been shipped and transported in interstate commerce, in violation of Title 18,

United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

1.      The allegations of Counts 1 through 4 of this Indictment are incorporated by

reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.      As a result of the offenses alleged in Counts 1 through 4, the defendant, **MIKAL**

**BLACK**, shall forfeit to the United States pursuant to Title 18, United States Code, Section

924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved

in or used in the commission of said offenses, including but not limited to any of the following:

> Black Glock 22, .40 caliber handgun, bearing serial number
> BEKU119, with a drum style magazine containing forty-nine (49)
> rounds.

3.      If any of the above-described property, as a result of any act or omission of the

defendant:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third person;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be subdivided
            without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code,

Section 853(p), forfeiture of any other property of the defendant up to the value of said property.



DUANE A. EVANS
UNITED STATES ATTORNEY

CHARLES D. STRAUSS
Assistant United States Attorney
Bar Roll No. 36039

New Orleans, Louisiana
July 16, 2021

4

FORM OBD-34

*No.___*

## UNITED STATES DISTRICT COURT

_____Eastern_____ *District of* _____Louisiana_____

_____Criminal_____ *Division*

### THE UNITED STATES OF AMERICA
#### vs.

### MIKAL BLACK

## INDICTMENT FOR VIOLATIONS
## OF THE FEDERAL GUN CONTROL ACT

**VIOLATIONS:**     **18 U.S.C. § 922(g)(1)**
            **18 U.S.C. § 924(a)(2)**

*Foreperson*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*day of* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
_ _ _ _ _ _ _ _*A.D. 2021.*
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
_ _ _ _ _ _ _ _
                    *Clerk*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
_ _ _ _ _ _ _ _ _ _ _ _ _

**CHARLES D. STRAUSS**
**Assistant United States Attorney**